Eleanor Jung, an Infant by Maximillian Jung, Her Guardian ad Litem, Maximillian Jung, Individually, Plaintiff, and Marion Jung, Respondent, v. Kesbec, Inc., Appellant, Impleaded with Another.— Judgment, so far as appealed from, unanimously reversed, the action severed, and a new trial ordered as to the plaintiff Marion Jung, with costs to the appellant to abide the event, unless the plaintiff Marion Jung stipulates to reduce the judgment as entered in her favor to the sum of $3,192.70; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Morris Tennen, Respondent, v. National Transportation Co., Inc., Defendant, Impleaded with Daniels & Kennedy, Inc., Appellant.— Judgment appealed from as to the defendant-appellant unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Appraisal under the Transfer Tax Law of Property under Trust Agreement Dated January 31, 1921 of Arthur Ryle, Deceased. State Tax Commission, Appellant, Central Hanover Bank and Trust Compamy, Individually and as Trustee, and Others, Respondents.— Order unanimously affirmed, with costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the Consolidated Indemnity and Insurance Company. Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator of Consolidated Indemnity and Insurance Company, Appellant, Anna Pearsall and Lewis Pearsall, Claimants, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Wong Wah Yew and Moy Bo Hing on Behalf of Themselves and Other Stockholders of the Mun Hey Publishing Co., Inc., Respondents, for a Mandamus Order against Mun Hey Publishing Co., Inc., a Corporation of New York, Its President, Secretary, Treasurer and Other Officer, If Any, Who Has or Ought to Have the Custody of the Records of Said Corporation, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

The Carack Company, Inc., Respondent, v. Robert Wilson Paper Corporation, Appellant.— Order, so far as appealed from, unanimously modified by allowing items 12, 19, 27, 28, 29 and 30, and as so modified affirmed, without costs. The bill of particulars to be served within thirty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.